**Order entered June 7, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00666-CR

## EX PARTE MICHAEL DWAYNE WILLIAMS

**On Appeal from the County Criminal Court No. 10
Dallas County, Texas
Trial Court Cause No. MC18-A5804**

## ORDER

The Court is in receipt of appellant's notice of appeal from the trial court's order denying relief sought by his post-conviction application for writ of habeas corpus. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it with the clerk's record.

We **ORDER** the Dallas County Clerk to file the clerk's record by June 21, 2019. We **ORDER** that the clerk's record contain copies of the application for writ of habeas corpus, any response by the State, the trial court's order disposing of the writ application, any other documents filed that relate to the writ application, and the trial court's certification of appellant's right to appeal.

The trial court order attached to appellant's notice of appeal indicates no hearing was conducted. Therefore, the Court will consider the record complete upon the filing of the clerk's record.

Because appellant has filed an appeal from a habeas corpus proceeding challenging a conviction, we apply the same briefing rules, deadlines, and schedule that apply to direct appeals from criminal cases. *See* TEX. R. APP. P. 31.1(a). Thus, appellant's brief shall be due thirty days after the record is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Etta J. Mullin, Presiding Judge, County Criminal Court No. 10; John F. Warren, Dallas County Clerk; and the Dallas County District Attorney.

We further **DIRECT** the Clerk to send a copy of this order, by first class mail, to Michael Dwayne Williams, TDCJ No. 02013533, Clements Unit, 9601 Spur 591, Amarillo, Texas 79107-9606.

/s/    CORY L. CARLYLE
JUSTICE